■ In the Matter of NEW YORK STATE OFFICE OF VICTIM SERVICES, on Behalf of RUBY ARNOLD, Respondent, v FREEMAN BURLEY, Appellant. [979 NYS2d 547]—

Rose, J.

We affirm. The petition in this special proceeding "compl[ied] with the requirements for a complaint in an action," and has already been served upon respondent (CPLR 402; *see* CPLR 304 [a]). Respondent admits that he is actually seeking a complaint in the action for money damages contemplated by the executor of the victim's estate, which he has no right to demand prior to the commencement of that action (*see Micro-Spy, Inc. v Small*, 9 AD3d 122, 126 [2004]). Accordingly, the motion to dismiss was properly denied.

Peters, P.J., Lahtinen and Garry, JJ., concur. Ordered that the order is affirmed, without costs.